# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARRIE MARTIN

VERSUS

USAA CASUALTY INSURANCE
COMPANY

NO.  2021 CW 1090

**SEPTEMBER 28, 2021**

---

In Re:   USAA  Casualty  Insurance  Company,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 693076.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**STAY DENIED; WRIT GRANTED.** The district court's September 13, 2021 ruling that granted Carrie Martin's Motion for Sanctions and to Compel Re-Deposition at USAA's Cost is reversed. The information sought is privileged. Information is discoverable only if it is not privileged. La. Code Civ. P. art. 1422.  The Motion for Sanctions and to Compel Re-Deposition at USAA's Cost filed by plaintiff is denied.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT